IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

Stanislawa Walker
Plaintiff(s),

vs.

Sam's West d/b/a Sam's Club
Defendant(s).

CASE NO. 3AN-13-7397 CI

SUMMONS AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: Sam's West d/b/a Sam's Club

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented) Charles W. Coe, whose address is: 810 2nd Avenue, Anchorage, AK 99501.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at www.state.ak.us/courts/forms.htm, to inform the court. - OR - If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

[✓] This case has been assigned to Superior Court Judge Rindner and Master _____.

[ ] This case has been assigned to District Court Judge _____.

CLERK OF COURT

5-31-13
Date

By: _____
Deputy Clerk

I certify that on 5-31-13 a copy of this Summons was [ ] mailed [✓] given to
[ ] plaintiff [✓] plaintiff's counsel along with a copy of the
[ ] Domestic Relations Procedural Order [ ] Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk _____

* The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 ANCH (10/05)(st.3)
SUMMONS

Exhibit B

Civil Rules 4, 5, 12, 42(c), 55

Page 1 of 5 Pages

Case 3:13-cv-00124-HRH  Document 1-2  Filed 07/05/13  Page 1 of 5

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

STANISLAWA WALKER, )
)
        Plaintiff, )
)
vs. )
)
SAM'S WEST d/b/a/ SAM'S CLUB, )
)
        Defendant. )
_____ ) CASE NO. 3AN-13-_____ CI

## COMPLAINT

COMES NOW, the plaintiff, STANISLAWA WALKER, by and through her attorney, CHARLES W. COE, to state and allege the following as her cause of action for this complaint:

I

Plaintiff, STANISLAWA WALKER, is a resident of Anchorage, Alaska.

II

Defendant SAM'S WEST d/b/a SAM'S CLUB is a corporation incorporated in the State of Arkansas which owns the store #6601 located at 8801 Old Seward Highway, in Anchorage, Alaska.

III

All events relevant to the cause of action of this complaint occurred in the Anchorage, Alaska.

IV

On or about July 5, 2012, plaintiff Stanislawa Walker was retrieving a cart from the

Exhibit B
Page 2 of 5 Pages

CHARLES W. COE
ATTORNEY AT LAW
810 W. 2ND AVENUE
ANCHORAGE, ALASKA 99501
(907) 276-6173

front of the defendant's Old Seward store, when an employee of the defendant's pushed a line of carts into the plaintiff. As a direct result of this incident, Ms. Walker incurred the damages set forth in Paragraph X of this complaint.

V.

## FIRST CAUSE OF ACTION

Plaintiff hereby re-alleges and incorporates paragraph I through V of this complaint into this First Cause of Action.

VI

Defendant owed a duty to keep the entrance way and cart area free from hazards, as well as to warn users of the store of potential hazards. Defendant breached this duty by failing to provide a warning to the store patrons that the shopping carts were not controlled when entering the cart area.

VII

As a result of the defendant's negligence in breaching this duty, the plaintiff was hit by the carts and incurred the damages/injuries set forth in paragraph X of this complaint.

VIII

## SECOND CAUSE OF ACTION

Plaintiff hereby re-alleges and incorporates paragraph I through VII of this complaint into this Second Cause of Action.

IX

Defendant owed a duty to provide store patrons with a safe shopping environment. Defendant breached this duty by failing to utilize a safe and manageable protocol to steer and disperse shopping carts into the cart area. As a result of the defendant's negligence in

*Walker v. Sam's West Inc. d/b/a/ Sam's Club*
Case No. 3AN-13-_____CI
Complaint
Page 2 of 3

Exhibit B
Page 3 of 5 Pages

Case 3:13-cv-00124-HRH   Document 1-2   Filed 07/05/13   Page 3 of 5

CHARLES W. COE
ATTORNEY AT LAW
810 W. 2ND AVENUE
ANCHORAGE, ALASKA 99501
(907) 276-6173

breaching this duty, plaintiff incurred injuries set forth in paragraph X of this complaint.

X

As a direct and proximate result of defendant's acts and omissions, plaintiff suffered the following injuries and damages:

1. Injuries to her hip, ankle, low back and spine;
2. Medical expenses in the past, present, and future;
3. Past, present, and future physical and emotional pain and suffering;
4. Loss of full enjoyment of life; and
5. Other damages to be proven at trial.

WHEREFORE, plaintiff prays for judgment in her favor against the defendants for the following:

a. Compensatory damages to be proven at trial in a sum within the jurisdiction of the Superior Court for the State of Alaska;

b. For pre-judgment and post-judgment interest, costs, and attorney fees;

c. For any other relief this court deems just and equitable.

DATED this  31  day of May, 2013.

CHARLES W. COE
Attorney for Plaintiff

*/s/ Charles W. Coe*

Charles W. Coe
ABA#7804002

*Walker v. Sam's West Inc. d/b/a/ Sam's Club*
Case No. 3AN-13-_____CI
Complaint
Page 3 of 3

CHARLES W. COE
ATTORNEY AT LAW
810 W. 2ND AVENUE
ANCHORAGE, ALASKA 99501
(907) 276-6173

Exhibit  B
Page  4  of  5  Pages



Charles W. Coe
Attorney at Law
810 West 2nd Avenue
Anchorage, Alaska 99501

CERTIFIED MAIL

7010 1870 0001 5624 8077

RESTRICTED DELIVERY

CT Corporation System
9360 Glacier Hwy, Suite 202
Juneau, Alaska 99801

RETURN RECEIPT REQUESTED

Exhibit _B_
Page _5_ of _5_ Pages